SCWC-14-0001137

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-A8, MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-H UNDER THE POOLING AND SERVICING
AGREEMENT DATED JUNE 1, 2006,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL C. GREENSPON,
Petitioner/Defendant-Appellant.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001137; DC-CIVIL NO. 10-1-2608)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed September 17, 2018, is corrected as follows:

On page 2, delete the sentence "In late 2008,

Greenspon defaulted on the Note." and replace with: "In late

2008, IndyMac sent a letter to Greenspon stating that he was in

default on the Note."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, October 4, 2018.

/s/ Richard W. Pollack

Associate Justice



2